F.#2010V00765

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

ISAAC ALMANZAR,

        Petitioner

  -against-                          10 CV 1307 (DLI)

UNITED STATES OF AMERICA,

        Respondent.

- - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Assistant United States Attorney Alexander A. Solomon from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant United States Attorney Alexander A. Solomon
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 2nd Floor
    Tel: (718) 254-6074
    Fax: (718) 254-6320
    Email: alexander.solomon@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Alexander A. Solomon at the email address set forth above.

Dated:     Brooklyn, New York
           March 21, 2012

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney


                 By:
                                         /s/
                                    Alexander A. Solomon
                                    Assistant U.S. Attorney
                                    (718) 254-6074

cc:   Clerk of the Court (DLI)